UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PANAMERICA TRADE, INC. d/b/a STRIP-CURTAINS.COM,<br><br>Plaintiff,<br><br>v.<br><br>FOOD SERVICES GASKETS, LLC, et al.,<br><br>Defendants. | CASE NO. 2:25-mc-00069-TL<br><br>ORDER ON MOTION TO COMPEL |

This matter is before the Court on Plaintiff Panamerica Trade, Inc., d/b/a STRIP-CURTAINS.COM's Motion to Compel Compliance with Out-of-District Subpoena to Third Party Amazon.com, Inc. ("Amazon"). Dkt. No. 1. The underlying case arises out of the Middle District of Florida, No. C25-473, *Panamerica Trade, Inc. v. Food Service Gaskets, LLC.* Having reviewed the motion, Amazon's opposition (Dkt. No. 6), Plaintiff's reply (Dkt. No. 5), and the relevant record, the Court GRANTS Plaintiff's motion.

Although Plaintiff filed its motion on October 10, 2025 (Dkt. No. 1), it did not serve its motion on Amazon until October 20, 2025. Dkt. No. 3 (certificate of service). Under these circumstances, had Amazon requested additional time to respond to Plaintiff's motion, the Court would have granted 10 extra days or, alternatively, counted the response deadline from the date of service, thus making Amazon's response due November 10, 2025. *See* Fed. R. Civ. P. 6(b)(1)(B). Yet and still, Amazon did not file any response until November 19, 2025, and did not

ORDER ON MOTION TO COMPEL – 1

request an extension. Dkt. No. 6.

In its untimely response, Amazon asserts that the information requested in the subpoena "is readily available to the Defendants in the action. Accordingly, nonparty Amazon should not be burdened with the extensive research and data retrieval necessary to obtain this information." *Id.* at 1. Even so, Amazon met and conferred with Plaintiff and agreed to "additional details related to . . . a portion of the documents that were produced [by Amazon]." *Id.* at 2. Amazon requested that the Court defer decision on Plaintiff's motion until at least December 3, 2025. *Id.* On December 4, 2025, Plaintiff filed a notice asserting that, "While Amazon has produced some data, it still has not produced all the data it had previously agreed to produce prior to filing its untimely response." Dkt. No. 7 at 2.

Given that Amazon's response was untimely, Plaintiff's motion to compel (Dkt. No. 1) is GRANTED. It is hereby ORDERED:

(1) Amazon's general objections to Plaintiff's subpoena are OVERRULED, and any particular objections are deemed WAIVED.

(2) Amazon SHALL produce the documents referenced in its response (*see* Dkt. No. 6 at 2) **by January 9, 2026**.

(3) Plaintiff SHALL file a status report by **January 23, 2026,** advising the Court as to: (a) whether Amazon has complied with its obligations; and (b) whether this matter can be closed.

Dated this 23rd day of December 2025.

Tana Lin
United States District Judge